J-A16042-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| DEVON SERVICE LLC ASSIGNEE OF PLEAS CUSTOMERS BANK F/K/A NEW CENTURY BANK | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| INSUL TEX LTD, FRANCIS PULEO AND RICHARD J. PULEO | |
| Appellants | No. 3293 EDA 2014 |

Appeal from the Order Entered October 24, 2014
In the Court of Common Pleas of Chester County
Civil Division at No(s): 2012-13578-RC

BEFORE:  LAZARUS, J., OLSON, J., and PLATT, J.[*]

JUDGMENT ORDER BY LAZARUS, J.:　　　　　**FILED MAY 05, 2015**

Richard J. Puleo appeals from the order entered in the Court of Common Pleas of Chester County, fixing the fair market value of a parcel of real estate.  We dismiss the appeal.

Puleo's appellate brief is wholly deficient, in contravention of the Rules of Appellate Procedure.  Most significantly, the argument section of the brief is a mere two paragraphs long and contains no legal argument, reference to the record, or citations to case law.  "[I]t is a well settled principle of appellate jurisprudence that undeveloped claims are waived and

_____

[*] Retired Senior Judge assigned to the Superior Court.

unreviewable on appeal." ***Commonwealth v. Clayton***, 816 A.2d 217, 221 (Pa. 2002). Accordingly, we find that Puleo's appellate claims are waived and we dismiss the appeal.

Appeal dismissed. Motion to dismiss denied as moot.

Judgment Entered.

_____

Joseph D. Seletyn, Esq.
Prothonotary

Date: 5/5/2015